384 A.2d 996

Fowler, White, Gillen, Boggs, Willareal & Banker, P.A., et al. v. Statewide Contractors, Inc., et al., Appellants.

Argued November 16, 1977. Richard G. Spagnolli, with him McArdle, Hender-

son, Caroselli, Spagnolli & Beachler, for appellants; Frederick N. Egler, with him Richard H. Albert, for appellees.

Order affirmed.